

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00029-CR

Kimberly Ann **RANGEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-2315-CR
Honorable William D. Old, III, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED and the judgment of the trial court is AFFIRMED.

SIGNED November 12, 2014.

_____
Rebeca C. Martinez, Justice